UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SHANNON, | No. C-14-00004 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT COMPLETE IFP APPLICATION** |
| v. | |
| USPS ET AL, | |
| Defendant(s). | |

On January 2, 2014, Plaintiff Bruce Shannon filed his Complaint and an application to proceed in forma pauperis (IFP). [Docket Nos. 1, 2.] However, the IFP application Plaintiff submitted is incomplete. For example, although he indicates that he is presently employed, the space indicating gross and net salary or wages per month is blank. In addition, the application is unsigned. Therefore, Plaintiff is ordered to submit a complete IFP application by **no later than January 29, 2014.**

IT IS SO ORDERED.

Dated: January 14, 2014

DONNA M. RYU
United States Magistrate Judge